United States Court of Appeals
Fifth Circuit

**F I L E D**

June 19, 2006

Charles R. Fulbruge III
Clerk

In the

United States Court of Appeals

for the Fifth Circuit

————

Nº 05-51159
Summary Calendar

————

RAMON QUIROZ; EDGAR CERVERA; PEDRO SAMANIEGO;
JESUS MERCADO; MOISES CONTRERAS, JR.; SOCRATES BUSTAMONTE,

Plaintiffs-Appellants,

VERSUS

JOEY RECORDS, INC.; EL ZAZ MUSIC, INC.,

Defendants-Appellees.

————

Appeal from the United States District Court
for the Western District of Texas
Nº 7:01-CV-30

————

Before SMITH, GARZA, and PRADO,
Circuit Judges.

PER CURIAM:*

---

* Pursuant to 5TH CIR. R. 47.5, the court has de-
(continued...)

The appellants challenge a summary judg-
ment on their copyright infringement claim and

---

*(...continued)
termined that this opinion should not be published
and is not precedent except under the limited cir-
cumstances set forth in 5TH CIR. R. 47.5.4.

the subsequent dismissal for want of jurisdiction. "No action for infringement of copyright in any United States work shall be instituted until registration of the copyright claim has been made in accordance with this title." 17 U.S.C. § 411(a). Appellants' admitted failure to register the disputed materials therefore bars their action for copyright infringement, and the district court properly disposed of the claim. Because the copyright claim was the sole basis of federal jurisdiction, the court dismissed the state law claims after granting summary judgment on the copyright claim. This action was also proper.[1]

AFFIRMED.

---

[1] *See, e.g., Parker & Parsley Petroleum v. Dresser Indus.*, 972 F.2d 580, 585 (5th Cir. 1992) ("Our general rule is to dismiss state claims when the federal claims to which they are pendent are dismissed").